HALTON D. BLY and JUDSON A. PARSONS, Appellants, v. TOWN OF WEBSTER, Respondent.— Judgment and order affirmed, with costs. All concur. (The

judgment dismisses the complaint in an action to recover fees for legal services.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.